IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUSTIN BROWN** **PLAINTIFF**
**#126851**

V.                          NO. 4:22-cv-00923-JM

**HIGGINS**, *et al*.                                    **DEFENDANTS**

### ORDER

Paul Criswell, an inmate at the Pulaski County Detention Facility ("Detention Facility"), filed this lawsuit *pro se* under 42 U.S.C. § 1983 on behalf of himself and 45 other inmates, including Plaintiff Justin Brown. *Doc. 1*. Pursuant to Court policy, the Court opened 46 different lawsuits, including this one for Mr. Brown.

With the initial filing, Mr. Brown failed to provide a completed application for leave to proceed *in forma pauperis* (IFP), including a jail account information sheet signed by an authorized official; nor did he pay a filing fee. Accordingly, on September 30, 2022, the Court directed the Clerk of Court to send Mr. Brown an IFP application and ordered him to either: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $402.00 filing fee. *Doc. 2*. The Court's Order specifically warned Mr. Brown that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Brown has not addressed the filing-fee requirement, and the time to do so has passed.

Mr. Brown claims are DISMISSED, without prejudice due to a lack of prosecution. FED. R. CIV. P. 41(b); Local rule 5.5(c)(2). It is certified that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 31ˢᵗ day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE